In the Matter of ISRAEL N. THURMAN et al., as Executors and Trustees under the Will of DAVID TAYLOR, Deceased, Respondents.

FRANCIS P. CALLAHAN, as Special Guardian for ALEXANDER A. TAYLOR et al., Respondents; BENJAMIN TAYLOR et al., Respondents; FANNIE TAYLOR, Appellant.

(Submitted January 6, 1930; decided January 14, 1930.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.  (See 252 N. Y. 218.)

ERNEST N. ADLER, Respondent, *v.* WILLIAM F. DEEGAN, as Tenement House Commissioner of the City of New York, et al., Appellants.

(Submitted January 6, 1930; decided January 14, 1930.)

(See 251 N. Y. 467.)

Recall of remittitur requested and the same when recalled will be amended by striking out the award of costs and a like amendment will be made in respect of the order denying the motion for reargument.